```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
CONNIE CAPPELLO,                                               :
                                                               :
                                    Plaintiff,                 :      1:21-cv-02636-GHW
                                                               :
                  -against-                                    :      ORDER
                                                               :
METROPOLITAN LIFE INSURANCE                                    :
COMPANY,                                                       :
                                                               :
                                    Defendant.                 :
                                                               :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/2021

GREGORY H. WOODS, United States District Judge:

On March 29, 2021, Plaintiff initiated this action, seeking unpaid and future benefits under her group welfare benefits plan with Defendant. Dkt. No. 1.

The Court has reviewed Plaintiff's complaint. Pursuant to Federal Rule of Civil Procedure 8(a), "[a] pleading that states a claim for relief must contain:(1) a short and plain statement of the grounds for the court's jurisdiction, unless the court already has jurisdiction and the claim needs no new jurisdictional support[.]" Plaintiff has failed to include a statement of jurisdiction in her complaint. She is directed to file an amended complaint that complies with Fed. R. Civ. P. 8 by no later than April 2, 2021.

In her amended complaint, Plaintiff is invited to include an allegation as to why venue is proper in the Southern District of New York. Plaintiff's pleaded location is Schenectady, New York. Schenectady is located in the Northern District of New York. Defendant's pleaded location is Omaha, Nebraska.

SO ORDERED.

Dated: March 29, 2021
       New York, New York

_____
GREGORY H. WOODS
United States District Judge